C 12-46

MOTION FOR A CLASSIFIED (SEALED) HEARING (CASE)

The information that I want and want to discuss is all obtained via the ability to communicate via the trained inner ear that allows a few in the Justice Department and law enforcement to communicate over vary long distances. I presume that it is classified and I am told 'at distance' that it is on a need to know basis only.

I demand that the court ferret out the occult trained United Stated attorney that directs my file.

Signed,

Dean Ledvina
2659 Hwy E66
Chelsea, IA 52215
641-489-2488

I DEMAND THAT COURT HEAR ME UNDER common LAW CONSTITIONAL TORT, AND THE FREEDOM OF INFORMATION ACT. I AM CLASSIFIED & CANNOT AFFORD OR GET COUNSIL, FREEDOM OF INFORMATION ACT 5:0552 & 28:1332 OTHERS

I'M DAMAGED EVERY DAY by US. ATTORNEY & FEDERAL ENFORCEMENT. PSYCOLIGICAL DAMAGE. THEY HAVE THE INFORMATION THAT IS CLASSIFIED to CORRECT IT

RECEIVED
MAY 3 2012
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

Case 1:12-cv-00046-LRR   Document 7   Filed 05/08/12   Page 1 of 2

## Motion to speak to a specific United States Attorney

I demand to speak to the specific United States Attorney stationed in Cedar Rapids, and that he be the one to respond to this pleading, that is directing my file and to examine all classified files relating to me. At distance I talk to him every day. I demand that the court ferret out the occult rtained United States attorney that directs my file.

Also, it is in the interest of the U.S. Attorney that my authority be used to reign in crime that the courts are forced to allow using inalienable rights. I want to come to the aid of the United States using my two Bills of Right. I want to see the authority that I believe is in my file, or was in my file, so as to prosecute with my two Bills of Right and possible Angelic insanity those that rely on one level of common law or inalienablity/unalieability to commit their crime.

I ask that the hearing be conducted at the earliest opportune time. I don't need a sixty day preparation period and neither does the United States as I don't know how to prepare beyond what you see here. I do have a few more questions to ask. I prayerfully demand the court to grant the petitioner special leeway to the petitioner as he is filing pro se.

Signed,

*Dean Ledvina*

Dean Ledvina
2659 Hwy E66
Chelsea, IA 52215
641-489-2488

RECEIVED

MAY 3 2012

UNITED STATES DISTRICT COU
NORTHERN DISTRICT OF IOWA